**No. 69482.**—Stone & Downer Co. v. United States, protests 61/22385, 61/22386, and 61/22388 (Boston).

# 403

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of machines for making paper or paper pulp and parts thereof similar in all material respects to those the subject of *Bird Machine Company* v. *United States* (51 CCPA 42, C.A.D. 835), the claim of the plaintiff was sustained.